

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00533-CR

**EX PARTE** Francisco **ORTIZ CRUZ**,

From the County Court, Kinney County, Texas
Trial Court No. 11891CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

 Appellant's brief was due on September 28, 2022.  On October 4, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file the brief. After consideration, we GRANT the motion and ORDER appellant to file his brief by November 28, 2022.  Further requests for extension of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court